No. 627. FULLERTON ET VIR. *v.* CITY OF SCHENECTADY. Appeal from the Court of Appeals of New York. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Walter A. Fullerton* for appellants. *Charles W. Brown* for appellee.

No. 373. COMMISSIONER OF INTERNAL REVENUE *v.* LoBUE. Certiorari, 350 U. S. 893, to the United States Court of Appeals for the Third Circuit. The motion for leave to file brief of Raymond G. Lochiel, as *amicus curiae,* is denied.

No. 714. POLLARD *v.* UNITED STATES. Certiorari, 350 U. S. 965, to the United States Court of Appeals for the Eighth Circuit. It is ordered that *Bennett Boskey, Esquire,* of Washington, D. C., a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 657. MASSACHUSETTS BONDING & INSURANCE CO. ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted. *Stanley H. Rudman* for petitioners. *Solicitor General Sobeloff* for the United States.

No. 596. JENCKS *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted, limited to questions 1 to 5, inclusive, and question 7 presented by the petition for the writ. *John T. McTernan* and *Nathan Witt* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Tompkins* and *Harold D. Koffsky* for the United States.